*The Clerk shall docket the attached Plaintiff's Sur-Reply Memorandum dated August 27, 2003.*

**GRANTED.**
DOMINIC J. SQUATRITO
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

---

AMERICAN WHOLESALERS
UNDERWRITING, LTD.,

    Plaintiff,

v.

AMERICAN WHOLESALE INSURANCE
GROUP, INC.,

    Defendant.

Civil Action No. 302CV1793(DJS)

AUGUST 27, 2003

---

### MOTION FOR PERMISSION TO FILE A SUR-REPLY MEMORANDUM

Plaintiff American Wholesalers Underwriting, Ltd. ("AWUL") respectfully moves for permission to file a sur-reply memorandum strictly confined to a discussion of matters raised by the Defendant American Wholesale Insurance Group, Inc. ("AWIG") in its reply brief dated August 21, 2003. Pursuant to Local Rule 7 (d) of the Local Civil Rules of the United States District Court for the District of Connecticut, parties are given the opportunity to submit reply briefs within ten days of the filing of the responsive brief to which the reply is being made if the brief does not exceed ten pages and is strictly confined to a discussion of matters raised by the responsive brief. AWUL requests the opportunity to address two discrete issues raised by AWIG in its reply.